### 15431.    BURNETT *v.* MAL-GRA CASTINGS CO.

LUKE, J. The only question raised is upon the sufficiency of the evidence to authorize a verdict in favor of the plaintiff; and the evidence amply supported, if indeed it did not demand, the verdict.

      *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

      DECIDED MAY 13, 1924.

Complaint; from city court of Thomasville—Judge Hammond. January 24, 1924.

      *D. Roy Hay,* for plaintiff in error.

      *B. B. Earle,* contra.